1  Lawrence J. Gornick (SBN 136290)
   Emily Charley (SBN 238542)
2  **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, California 94104
4  Tel: (415) 646-7160
   Fax: (415) 981-1270
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | WILLIE EVANS,                  )  No. C 05 5074 MHP
                                    )
12 |            Plaintiff,          )  Before the Honorable MARILYN H. PATEL
                                    )
13 | vs.                            )  [~~PROPOSED~~] ORDER VACATING
                                    )  AND/OR CONTINUING CASE
14 |                                )  MANAGEMENT CONFERENCE
   | ELI LILLY AND COMPANY,         )
15 |                                )  Conference Date:  APRIL 10, 2006
   |            Defendant.          )  Conference Time:  4:00 p.m.
16 |                                )  Location:          Courtroom 15, 18TH Fl.

17     For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court
                  *vacates*
18  hereby ~~continues~~ the APRIL 10, 2006 Case Management Conference ("CMC") ~~to~~

19  _____, at _____. In the event the case is not transferred to the Honorable

20  Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa*

21  *Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC
                                          *which will be set by this court as necessary*
22  Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

23

24      **IT IS SO ORDERED**

25

26      DATED:
27      3/28/06
                                          _____
28                                        HONORABLE MARILYN H. PATEL
                                          United States District Court Judge

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1